*JUROR QUESTIONNAIRE*          *Juror No.* _____

As a potential juror in this case, you must answer each question truthfully. Please answer all questions in a complete and accurate manner. **Please print all answers legibly.**

1. Name: _____   Age: _____   ☐ Male   ☐ Female

2. Where do you live? _____

3. Do you own or rent?  ☐ Own   ☐ Rent   Years at current address? _____

4. What is the highest level of education you completed:

   ☐ Less than High School   ☐ High School/GED   ☐ Some College/Technical   ☐ Associates Degree

   ☐ College Degree   ☐ Advanced Degree

5. List any degrees, certificates, & or major field of study. _____

   _____

6. What is your current job status?   ☐ Full time   ☐ Part time   ☐ Retired   ☐ Homemaker
   ☐ Unemployed   ☐ Disabled

7. Please list your employment history for your three most recent jobs:

   Dates          Employer          Job Description

8. Do you supervise other people at your job?  ☐ Yes  ☐ No  If yes, explain: _____

9. Have you ever served in the military?  ☐ Yes  ☐ No  What branch? _____

10. Have you ever held a public service job or worked for the government?  ☐ Yes  ☐ No  If yes, please describe: _____

11. Have you ever owned your own company?  ☐ Yes  ☐ No  If yes, what kind of business? _____

    _____

12. Do you consider yourself to be technically inclined, or "tech savvy," with regard to computers and other electronics?  ☐ Yes  ☐ No  If yes, please explain: _____

    _____

13. Have you or anyone close to you ever worked in the legal profession, including working for any court, judge, lawyer or law firm?  ☐ Yes   ☐ No  If yes, please explain: _____

14. What is your current relationship status? ☐ Single ☐ Married ☐ Divorced ☐ Separated ☐ Widowed

15. Spouse/Significant other's Employer: _____

16. Have you ever served on a jury?  ☐ Yes  ☐ No   Were you the foreperson?  ☐ Yes  ☐ No

17. If you have served on a jury, explain what was/were the case(s) about and whether a verdict was reached: _____

    _____

18. Have you or someone close to you ever:          Filed a lawsuit?          ☐ Yes          ☐ No

                Been sued?  ☐ Yes  ☐ No

  If yes to any of the above, please explain the lawsuit and the outcome. _____

19. Do you hold leadership roles at work or in your community? ☐ Yes ☐ No  If yes, please explain: _____

20. Does your phone have camera?  ☐ Yes  ☐ No  How often do you transfer images/video from your phone to a personal computer or tablet? _____

21. Are you familiar with any of the following companies?  If yes, briefly explain what you know about them.

  Papst Licensing GmbH & Co.?  ☐ Yes ☐ No _____

  Samsung?  ☐ Yes ☐ No _____

  Motorola  ☐ Yes ☐ No _____

22. What are your impressions of the following companies (circle response):

| Company | | | |
|---|---|---|---|
| Papst Licensing GmbH & Co. : | Favorable | Neutral | Unfavorable |
| Samsung: | Favorable | Neutral | Unfavorable |
| Motorola | Favorable | Neutral | Unfavorable |

23. Have you had any negative experiences with or do you have any negative impressions of either of these companies?

  If yes, please explain. _____

24. Have you, or anyone close you, ever invented, created, or designed anything? ☐ Yes ☐ No

  If yes, who was the inventor and what was invented or designed? _____

  Was a patent sought? ☐ Yes  ☐ No  Was a patent granted? ☐ Yes  ☐ No

25. Do you feel you are in the position to possibly invent something one day? ☐ Yes ☐ No  If yes, please explain: _____

26. Have you ever been accused of using the idea of someone else?  If yes, please explain: _____

27. Have you ever worked for a company that had patents or other intellectual property rights? ☐ Yes ☐ No

  Has your employer ever been involved in a patent infringement dispute? ☐ Yes ☐ No

  If yes, please explain: _____

30. Is there is anything that may affect your ability to be a fair and impartial juror in this case? ☐ Yes ☐ No

  If yes, please explain: _____

Your Signature: _____    Date Signed: _____