**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| PAPST LICENSING GMBH & CO., KG, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.  6:18-CV-00388-RWS |
| | § | |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD, *et al*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER

On October 12, 2018, the Court entered its order on dispositive motions, *Daubert* motions and motions to strike.  Docket No. 201.  To maintain the general public interest in the disclosure of court records, the Court plans to file an unsealed version no later than October 24, 2018. Following a meet and confer, the parties may file a joint sealed motion to redact limited portions of the order by no later than October 22, 2018.  The parties shall request as few redactions as possible and provide "sufficiently compelling reasons that override the public policies favoring disclosure."  *See S.E.C. v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993); *Apple Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013).  The motion shall also attach the Court's order with the proposed redactions.

**SIGNED this 17th day of October, 2018.**

*Robert W Schroeder III*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE